UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY SORAH,

        Petitioner,        CIVIL ACTION NO. 04-72422
                                      HON. JOHN CORBETT O'MEARA

v.

DEBORAH SERVITTO, et al.,

        Respondents,

_____/

ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION

    The Court having reviewed the Magistrate Judge's Report and Recommendation, filed September 07, 2006, as well as any objections thereto filed by the parties, and being fully advised in the premises;

    IT IS HEREBY ORDERED that the Report and Recommendation is accepted and entered as the findings and conclusions of this Court, and that the Petition for Writ of Habeas Corpus be DENIED.

                                                      s/John Corbett O'Meara
                                                      United States District Judge

Dated: November 01, 2006

Certificate of Service

    I hereby certify that the foregoing order was served upon the parties of record on November 01, 2006, electronically and/or by U.S. mail.

                                                     s/William Barkholz
                                                     Case Manager