UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY SORAH,

        Petitioner,        CIVIL ACTION NO. 04-72422
                                    HON. JOHN CORBETT O'MEARA

v.

DEBORAH SERVITTO, et al.,

        Respondents,

_____/

ORDER ADOPTING MAGISTRATE JUDGE MAJZOUB'S
REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed March 07, 2007, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Court adopts Magistrate Judge Majzoub's report and recommendation.

IT IS FURTHER ORDERED that Petitioner's Motion for Certificate of Appealability, filed December 01, 2006, is DENIED, and Petitioner's Motion for Order Extending Time to File Notice of Appeal, filed December 2006, is DENIED as moot.

                                            s/John Corbett O'Meara
                                            United States District Judge

Dated: March 29, 2007

Certificate of Service

    I hereby certify that the foregoing order was served upon the parties of record on March 29, 2007, electronically and/or by U.S. mail.

                                          s/William Barkholz
                                          Case Manager